Same case below, 190 Md. App. 395, 988 A.2d 1095.

Same case below, 598 F.3d 677.

**No. 10-351. Anjum Malik, Petitioner v. Continental Airlines, Inc.**

562 U.S. 1044, 131 S. Ct. 601, 178 L. Ed. 2d 436, 2010 U.S. LEXIS 8880.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 369 Fed. Appx. 588.

**No. 10-354. APC Acquisition Corporation, Inc., Petitioner v. Atlantech, Inc.**

562 U.S. 1045, 131 S. Ct. 602, 178 L. Ed. 2d 436, 2010 U.S. LEXIS 8833.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-356. Lloyd Phillip Locke, Petitioner v. Michael Evans, Warden.**

562 U.S. 1045, 131 S. Ct. 602, 178 L. Ed. 2d 436, 2010 U.S. LEXIS 8900.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 380 Fed. Appx. 658.

**No. 10-368. Marilyn Morris, et al., Petitioners v. Nuclear Regulatory Commission, et al.**

562 U.S. 1045, 131 S. Ct. 602, 178 L. Ed. 2d 436, 2010 U.S. LEXIS 8826.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 10-429. Joel D. Walker, et ux., Petitioners v. H. L. Cromartie, III, et al.**

562 U.S. 1045, 131 S. Ct. 610, 178 L. Ed. 2d 436, 2010 U.S. LEXIS 9000.

November 15, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 287 Ga. 511, 696 S.E.2d 654.

**No. 10-493. Harry Meyer Katz, Petitioner v. United States.**

562 U.S. 1045, 131 S. Ct. 612, 178 L. Ed. 2d 436, 2010 U.S. LEXIS 8824.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-495. L.E.K., Petitioner v. D.R.S.**

562 U.S. 1045, 131 S. Ct. 612, 178 L. Ed. 2d 436, 2010 U.S. LEXIS 8853.

November 15, 2010. Petition for writ of certiorari to the Court of Appeal of Louisiana, Third Circuit, denied.

Same case below, 33 So. 3d 428.

**No. 10-500. Robert A. Urciuoli, Petitioner v. United States.**

562 U.S. 1045, 131 S. Ct. 612, 178 L. Ed. 2d 436, 2010 U.S. LEXIS 8960.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.